IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES MILLER, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 1:12-00108 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| ALFA INSURANCE a/k/a ALFA | ) | |
| ALLIANCE INSURANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

ORDER

Before the Court is the Defendant/Counter-Plaintiff, ALFA Insurance also known as ALFA Alliance Insurance Corporation's motion for entry of default or in the alternative motion to show cause (Docket Entry No. 22) to which the Plaintiff/Counter-Defendant James Miller has not responded. Pursuant to Fed. R. Civ. P. 55(a) this motion for default is **GRANTED** and the Defendant/Counter-Plaintiff is **AWARDED** judgment on its claims against the Plaintiff/Counter-Defendant James Miller.

It is so **ORDERED**.

ENTERED this the 12th day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court