UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RECEIVED
IN CLERK'S OFFICE
JUL 15 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

| | | |
|---|---|---|
| JAMES MILLER | ) | |
| PLAINTIFF | ) | |
| | ) | Case No. 1:12-cv-108 |
| V. | ) | Chief Judge Haynes |
| | ) | |
| ALFA Insurance | ) | |
| Defendant | ) | |

## Motion of request.

Plaintiff, James Miller, informs the court that the engineer selected has proven to be unreachable or has not returned calls from the plaintiff.

Plaintiff, James Miller, request the court reselect an engineer from the remaining names on the list submitted.

Respectfully submitted, 7-11-2014

James Miller, Plaintiff

*[handwritten note]: This request will be granted by companion order. [signature] 7-15-14*