IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JAMES MILLER, )
)
    Plaintiff, )
)
v. ) Case No. 1:12-00108
)
ALFA INSURANCE a/k/a ALFA )
ALLIANCE INSURANCE )
CORPORATION, )
)
    Defendant. )

*[Handwritten annotation in right margin:]* ORDER / Based upon an random / drawing / open court, / Mr. Mattson / is designated / The agreed / engineer / [signature] / 7-18-14

<u>JOINT NOTICE OF INTENTION TO UTILIZE
INDEPENDENT PROCESS TO CONSIDER DISPUTED ISSUES OF CASE</u>

Plaintiff, James Miller, and defendant, Alfa Alliance a/k/a Alfa Alliance Insurance Corporation ("Alfa"), jointly provide notice of their intention to utilize the independent process recommended by the Court to consider disputed issues in this case in hopes of resolving the matter. Plaintiff, James Miller, previously submitted three names of engineers, including:

    1.    Jim Barnham;

    2.    Dan Moss; and

    3.    Charles Mattson.

Alfa submits the names of the following three engineers:

    1.    Charles Coones;

    2.    Mark Voll; and

    3.    Kurt A. Bergman.