IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:12-00108 |
| ALFA INSURANCE a/k/a ALFA ALLIANCE INSURANCE CORPORATION, | ) |
| Defendant. | ) |

*[Handwritten note: DENIED. This motion is GRANTED. After another random drawing, the court selects Jim Barham. Will [signature] 7-24-14]*

## MOTION TO RESELECT INDEPENDENT ENGINEER

Comes now the defendant, Alfa Insurance ("Alfa"), by and through undersigned counsel, and would request the Court again select an independent expert. As grounds for this motion, Alfa would demonstrate as follows:

1. The parties agree to utilize the independent process recommended by the Court. [Doc. 39].

2. On or about May 16, 2014, the Court selected Mr. Charles Mattson by random selection for the independent process. [Doc. 40].

3. On or about July 11, 2014, plaintiff submitted a motion with the Court to reselect an engineer because the parties had been unable to contact or reach Charles Mattson for assistance in this case. [Doc. 41].

4. On July 18, 2014, the Court again selected an engineer's name at random and selected Charles Mattson as the independent engineer to be utilized by the parties in this case. [Doc.43].