IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES MILLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:12-00108 |
| | ) |
| ALFA INSURANCE a/k/a ALFA | ) |
| ALLIANCE INSURANCE | ) |
| CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action, having reached settlement of all claims, hereby stipulate that both the plaintiff's action against Alfa Insurance and defendant's action against James Miller are voluntary DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees, court costs and discretionary costs.

    Respectfully submitted,

      s/ James E. Miller
**JAMES E. MILLER,** *pro se*
Plaintiff
628 Transit Avenue
Columbia, TN 38401

      /s E. Jason Ferrell
**E. JASON FERRELL**
Registration No. 24425
**MEGAN A. CARRICK**
Registration No. 29095

Attorneys for Alfa Insurance

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on the 29 day of October, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. The parties to be served are as follows:

> James E. Miller
> 628 Transit Avenue
> Columbia, TN 38401

                                                                                        /s E. Jason Ferrell
                                                                                        **E. JASON FERRELL**

EJF/rkp